UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA ROSETT,

        Plaintiffs,

vs.

        Case No. 12-10768-DT

        HON. GEORGE CARAM STEEH

MORTGAGE SERVICE CENTER, et al

        Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On October 4, 2012 the Court entered an Order to Show Cause to Plaintiff why Defendants Mortgage Service Center and Sterling Bank & Trust should not be dismissed for lack of prosecution.

To date the Court has received no written response. Therefore, IT IS ORDERED that Defendants Mortgage Service Center and Sterling Bank & Trust are dismissed without prejudice and the case be closed.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: October 23, 2012

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on October 23, 2012, by electronic and/or ordinary mail.

        s/Marcia Beauchemin
        Case Manager/Deputy Clerk